UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                          No.  10-CR-1288-LTS

VICTOR HERNANDEZ,

        Defendant.

-------------------------------------------------------x

ORDER

        The Court has received Defendant Victor Hernandez's motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Docket Entry No. 65.)  The Government is directed to file its response to Mr. Hernandez's motion by **June 30, 2020**.  A complete, unredacted courtesy copy must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Mr. Hernandez's reply, if any, is due by **July 3, 2020**.

        Medical and other confidential personal information may be redacted from the versions filed on ECF of the parties' submissions.  The parties must deliver unredacted copies of any redacted filings to the drop box located in the lobby of the Daniel Patrick Moynihan

Courthouse, with a copy of this Order, as soon as is practicable and in any event no later than July 17, 2020.

    SO ORDERED.

Dated: New York, New York
       June 23, 2020

                                                       _/s/ Laura Taylor Swain_____
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge